Peter Strojnik
7847 North Central Avenue
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br>　　　　　　　　　　Plaintiff,<br>vs.<br>LADA Sedona LP<br>　　　　　　　　　　Defendant. | Case No: 3:20-cv-08262-DWL<br><br>**NOTICE OF CORRECTION** |

In its Order, Dkt. 15, the District Court indicates that "both parties have acknowledged that this Court lacks subject matter jurisdiction over this action". Id. at 2:10-12.

To the extent that Plaintiff's submissions can be understood as Plaintiff's position that the District Court lacks jurisdiction, the understanding is inaccurate. Plaintiff in fact asserts that the District Court *does* have jurisdiction; Plaintiff's submissions merely requests that the Defendant prove it as required by *Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 682 (9th Cir. 2006) in light of Defendant's claim of lack of jurisdiction in its Answer.

RESPECTFULLY SUBMITTED this 4th day of February 2021.

**PETER STROJNIK**

*[signature]*

　　　　　　　　　　Peter Strojnik
　　　　　　　　　　Plaintiff

ECF filed this 4th day of February 2021 thence to be distributed through PACER.